In The United States District Court

For The District of Colorado

Civil Action No. 1:26-cv-01569- CNS

John DeNicola, Pro Se
                    Plaintiff,


        v.


Town of Sugar City, Mayor Cindy Karle,


            Defendant,

---

## Protective Order

---

1.   Preserve all electronic communications, i.e., emails, text messages,phone records, any electronic means of communications between Defendant Karle and council/board members. Town of Sugar City videos,to include April 2024 to April 2026.

2.   All Town of Sugar City videos containing Defendant Karle cussing or swearing at constituents from her swearing her Oath of Office April 3,2024,on.

3.   Preserve Specifically the January 15, 2025 council meeting.

4.   Emails between defendant Karle and former Attorney Clayton Buchner quoting Colorado Revised Statutes and his role in the Town of Sugar City.

5.   April 2024 council meeting of attorney Clayton Buchner's resignation letter and the legal reason for resignation.

6.   All communication between Defendant Karle and council/ board members regarding the April 2025 removal of Zoom to the public.

7.   Based off past public records requests plaintiff fears evidence may be destroyed by either defendant or council/ board members regarding removal of zoom meetings and communications regarding the removal.

8.   Also, plaintiff requests preservation of a meeting held by mayor pro tem Broyles, with defendant Karle present, held on January 28,2026, prior to the city council special meeting.

9.   Based of Plaintiff's assertions regarding emails provided by the Town of Sugar City and plaintiff informing Town of Sugar City's attorney of Colorado Revised Statute 18-8-114 Abuse of Public Records, plaintiff feels a protective order is necessary and warranted.

10.  Plaintiff will attach public records requests and the response to that request along with the video of defendant having the legal paperwork returned by the 3rd party and the video where plaintiff informs town attorney of the councilman's destruction of public records, i.e. pictures taken in Town Hall of Sugar City.

In The United States District Court
For The District of Colorado

Civil Action No. 1:26-cv-01569-CNS

John DeNicola, Pro Se,

      Plaintiff,

v.

Town of Sugar City, Mayor Cindy Karle,
      Defendant

---

Protective Order

---

11. For all the reason stated by plaintiff. Plaintiff respectfully requests the court issue a protective order.