IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 26-cv-01569-CNS-NRN          Date:  June 25, 2026
Courtroom Deputy:  Román Villa                        FTR:  Courtroom A401

| _Parties:_ | _Counsel:_ |
|---|---|
| JOHN DENICOLA, | _Pro se_ |
| Plaintiff, | |
| v. | |
| TOWN OF SUGAR CITY, and | Sonia Anderson |
| MAYOR CINDY KARLE, | D.J. Goldfarb |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**11:00 a.m.    Court in session.**

Court calls case. Appearance of _pro se_ Plaintiff and Defense Counsel.

This matter is before the Court pursuant to minute order setting a status conference.

_Pro se_ Plaintiff addresses the Court and gives an overview of why he filed this case.

Arguments by Defense Counsel and _pro se_ Plaintiff regarding the Town of Sugar City and Cindy Karle's Motion to Dismiss (Dkt. #21) and Town of Sugar City and Cindy Karle's Motion to Stay Discovery (Dkt. #22).

For the reasons stated on the record, it is

**ORDERED**:  Town of Sugar City and Cindy Karle's Motion to Stay Discovery (**Dkt. #22**) is **GRANTED**. All discovery is **STAYED** pending further order of court.

The Town of Sugar City and Cindy Karle's Motion to Dismiss (**Dkt. #21**) is **TAKEN UNDER ADVISEMENT**. A recommendation will be issued in due course.

Discussion regarding general advisements to the Plaintiff.

**ADVISEMENT TO PRO SE LITIGANTS OF AVAILABLE RESOURCES**: Since Plaintiff is not represented by counsel the Court would like to make Plaintiff aware of a couple of resources available to people representing themselves in the U.S. District Court for the District of Colorado. The first is the **Federal Pro Se Clinic** which provides free legal assistance to people representing themselves in the U.S. District Court for the District of Colorado.

The Clinic helps to prepare responsive pleadings, assist with other common pleadings, answers procedural questions, and explains legal concepts such as jurisdiction, venue, and service of process. Plaintiff may contact the Clinic by phone (303-380-8786) or online at www.cobar.org/cofederalproseclinic.

The second is the **Federal Limited Appearance Program (FLAP)**. FLAP aims to address the difficulty pro se parties in civil litigation sometimes face when appearing in court for certain non-dispositive hearings or conferences--such as scheduling conferences, status conferences, discovery hearings, and settlement conferences--by providing those litigants with a volunteer attorney who appears with them in court. Information about FLAP may be found online at www.cobar.org/For-Members/Young-Lawyers-Division/YLD-Application.

Plaintiff shall be reminded he is required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.) and Federal Rules of Evidence (Fed. R. of Evid.). Plaintiff may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov or from the office of the Clerk of the Court.

**12:06 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   01:06

*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at (303) 629-8534.